IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HISHAM NIJEM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-00221 |
| | ) | JUDGE HAYNES |
| ALSCO, INC., | ) | |
| Defendant. | ) | |

## O R D E R

The trial in this action is continued until after the Court rules on the pending motion for summary judgment.

It is so **ORDERED**.

ENTERED this the 10th day of March, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge