UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HISHAM NIJEM, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 3:10-00221 JUDGE HAYNES |
| ALSCO, INC., | ) ) | |
| Defendant. | ) ) | |

# ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 12) is **GRANTED in part and DENIED in part.** A trial date on Plaintiff's discrimination claims based upon hostile work environment and termination will be set by separate order.

It is so **ORDERED**.

**ENTERED** this the 3rd day of June, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge